W. SCOTT QUINLAN, 101269
Attorney at Law
2333 Merced Street
Fresno, Ca 93721
Telephone: (559) 442-0634
Facsimile: (559) 233-6947

Attorney for Defendant ALMA GARZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALMA GARZA, et al.<br><br>Defendants. | No.  1:22-CR-00062 JLT-SKO<br><br>**STIPULATION TO MOTION SCHEDULE;<br>FINDINGS AND ORDER** |

**STIPULATION**

1.     On July 18, 2022, defendant Garza filed a notice of motion and motion to suppress  in the above matter (Doc.177) which has been calendared for August 19, 2022 at 8:30 a.m. in Department 4.

2.     Based on the filing of the motion to suppress and supporting documents, counsel agree and stipulate that the following motion schedule shall apply to this motion:

　　　a)     Opposition to the motion shall be filed no later than August 8, 2022 at 4:00 p.m..

　　　b)     Replies, if any,  shall be filed no later than August 12, 2022 at 4:00 p.m.

**IT IS SO STIPULATED.**

1

1

2     Dated: July 18, 2022                           PHILLIP A. TALBERT
                                                    United States Attorney
3

4                                                   /s/ JUSTIN GILIO
                                                    JUSTIN GILIO
5                                                   Assistant United States Attorney

6

7     Dated: July 18, 2022                           /s/ W. SCOTT QUINLAN
                                                    W. SCOTT QUINLAN, Attorney for
8                                                   Defendant, ALMA GARZA

9

10                        [~~PROPOSED~~] FINDINGS AND ORDER

11

12            IT IS SO FOUND.

13    IT IS SO ORDERED.

14            Dated:   **July 18, 2022**

15                                                   UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28