W. SCOTT QUINLAN, 101269
Attorney at Law
2333 Merced Street
Fresno, Ca 93721
Telephone: (559) 442-0634
Facsimile: (559) 233-6947

Attorney for Defendant ALMA GARZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:22-CR-00062 JLT SKO |
|---|---|
| Plaintiff, | **ORDER SEALING DOCUMENTS** |
| v. | |
| ALMA GARZA, et al. | |
| Defendants. | |

    Good Cause Appearing:

    **IT IS HEREBY ORDERED** that the attachments to the Declaration of W. Scott Quinlan in Support of Motion to Suppress be sealed pending further order of the Court.

IT IS SO ORDERED.

Dated:   **July 19, 2022**

_____
UNITED STATES DISTRICT JUDGE

1