W. SCOTT QUINLAN, 101269
Attorney at Law
2333 Merced Street
Fresno, Ca 93721
Telephone: (559) 442-0634
Facsimile: (559) 233-6947

Attorney for Defendant ALMA GARZA

FILED
OCT 24 2023
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALMA GARZA, et al.<br><br>Defendants. | No. 1:22-CR-00062 JLT-SKO<br><br>**STIPULATION TO CEASE MANDATORY DRUG TESTING FOR DEFENDANT ALMA GARZA AND ORDER** |

STIPULATION

On April 8, 2022, the Court signed an Order Setting Conditions of Release. Condition (7)(j) required Ms. Garza to submit to drug and/or alcohol testing as approved by the pretrial services officer.

The pretrial services officer Lorena Gallagher has requested that Defendant's drug testing condition be deleted as all drug tests that Ms. Garza has taken since April 2022 have come back negative. Both Mr. Gilio on behalf of the United States and defense counsel stipulate to the removal of the drug testing requirement from Ms. Garza's Conditions of Pretrial Release. All other conditions of pretrial release shall remain in effect.

///

1

1    IT IS SO STIPULATED.

2

3   Dated: October 24, 2023                    PHILLIP A. TALBERT
                                               United States Attorney
4

5                                              /s/ JUSTIN GILIO
                                               JUSTIN GILIO
6                                              Assistant United States Attorney

7

8   Dated: October 24, 2023                    /s/ W. SCOTT QUINLAN
                                               W. SCOTT QUINLAN, Attorney for
9                                              Defendant, ALMA GARZA

10

11
    Dated: October 24, 2023                    /s/ LORENA GALLAGHER
12                                             LORENA GALLAGHER
                                               Pretrial Service Officer
13

14

15                       [PROPOSED] FINDINGS AND ORDER

16

17       GOOD CAUSE APPEARING and upon stipulation of the parties, IT IS SO ORDERED

18  this 24 day of October, 2023.

19

20

21                                             THE HONORABLE ERICA P. GROSJEAN
                                               UNITED STATES MAGISTRATE
22

23

24

25

26

27

28

                                         2