W. SCOTT QUINLAN, 101269
Attorney at Law
2300 Tulare Street, Ste. 300
Fresno, Ca 93721
Telephone: (559) 442-0634

Attorney for Defendant ALMA GARZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:22-CR-00062 JLT-SKO |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO MOTION SCHEDULE; FINDINGS AND ORDER** |
| ALMA GARZA, et al. | |
| Defendants. | |

**STIPULATION**

1. On May 17, 2024, defendant Garza filed a notice of motion and motion for reconsideration of the denial of her motion to suppress in the above matter (Doc. 487) which has been calendared to be heard on June 24, 2024 at 10:00 a.m. in Department 4.

2. Based on the filing of the motion for reconsideration of the denial of the motion to suppress, counsel agree and stipulate that the following motion schedule shall apply to this motion:

    a)    Opposition to the motion shall be filed no later than June 7, 2024 at 4:00 p.m..

    b)    Replies, if any, shall be filed no later than June 14, 2024 at 4:00 p.m.

1

**IT IS SO STIPULATED.**

Dated: May 17, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ JUSTIN GILIO
JUSTIN GILIO
Assistant United States Attorney

Dated: May 17, 2024

/s/ W. SCOTT QUINLAN
W. SCOTT QUINLAN, Attorney for
Defendant, ALMA GARZA

**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **May 17, 2024**

UNITED STATES DISTRICT JUDGE

2