PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-000062-JLT-SKO |
|---|---|
| Plaintiff, | GOVERNMENT MOTION TO DISMISS COUNT THREE OF THE THIRD SUPERSEDING INDICTMENT AND ORDER |
| v. | |
| ALMA GARZA, | |
| Defendant. | |

The United States of America, by and through its counsel, hereby moves for dismissal without prejudice of Count Three in the Third Superseding Indictment in the above-captioned matter.

Dated: September 5, 2024

PHILLIP A. TALBERT
United States Attorney

By: */s/ Justin J. Gilio*
Justin J. Gilio
Antonio J. Pataca
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated:  **September 5, 2024**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE