UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:22-cr-00062 JLT SKO |
|---|---|
| Plaintiff, | **ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| v. | |
| ALMA GARZA, et al. | Trial Date: September 24, 2024<br>Time:  8:30 a.m. |
| Defendants. | Place:  Hon. Jennifer L. Thurston |

The Court hereby discharges the previously issued writ of habeas corpus ad testificandum for Alejandro Guzman (BOP Reg. No. 94120-509). His attendance is no longer required because the proceeding has concluded. Because the defendant is indigent, to the extent required by law, the U.S. Marshal Service shall cover the costs/expenses of the return transportation of the inmate.

IT IS SO ORDERED.

Dated:  __September 29, 2024__                               _/s/ Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE