UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALMA GARZA, et al.<br><br>　　　　Defendants. | No. 1:22-CR-00062 JLT SKO<br><br>**ORDER DENYING REQUEST TO SEAL DOCUMENTS** |

Ms. Garza seeks to have the Court file her motion for a new trial under seal because it will rely upon a document, which was previously sealed. Notably, however, that document was extensively discussed at trial, and she makes no showing why continued sealing is appropriate given this circumstance. Also, she fails to demonstrate why the portions that were not discussed at trial could not be redacted. *See Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). Thus, the Court **ORDERS**:

///

///

///

///

///

1

1. The request to seal is **DENIED**. Counsel may file a redacted version of the memo on the public docket and provide an electronic, unredacted copy of the memo to ApprovedSealed@caed.uscourts.gov for filing.

IT IS SO ORDERED.

Dated:   **October 2, 2024**

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE