1  W. SCOTT QUINLAN, 101269
   Attorney at Law
2  2300 Tulare Street, Ste. 300
   Fresno, Ca 93721
3  PHONE: (559) 442-0634

4
   Attorney for Defendant ALMA GARZA
5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,        No. 1:22-CR-00062 JLT SKO
12
          Plaintiff,                **STIPULATION AND ORDER TO CONTINUE**
13                                  **DEFENDANT ALMA GARZA'S SENTENCING**
       v.                           **HEARING**
14
   ALMA GARZA, et al.               **DATE:**    February 24, 2025
15                                  **TIME:**    9:00 a.m.
          Defendants.                **PLACE:**   Courtroom 4
16

17

18

19      Counsel for Defendant Alma Garza and Assistant United States Attorney Justin J. Gilio on

20 behalf of the plaintiff hereby stipulate to continue Defendant Alma Garza's sentencing based on

21 the following:

22      Defendant Alma Garza is currently out of custody awaiting sentencing.

23      Probation had sent an e-mail on October 10, 2024 to schedule an interview with Ms.

24 Garza but it was not, for some reason, received by defense counsel. Mr. Mora of the probation

25 department, spoke to defense counsel on October 28, 2024 following the hearing of the motion

26 for new trial at which time it was discussed that the time period to do everything was strained

27 that defense counsel would seek to continue the sentencing date to accommodate the scheduling

28 of the interview, the drafting of the PSR and objections thereto. No date for a continued

                                    1

sentencing was discussed at that time as counsel was awaiting the Court's ruling on the motion. Recently, the defense has been provided with a suggested continued sentencing date of 2/24/2025. Upon consulting with Mr. Gilio, it was agreed that February 24, 2025 would be agreeable, that Ms. Garza may remain out of custody pending sentencing, and that the February sentencing date would be sufficient to accommodate the interview, the drafting of the PSR, objections, etc.

Ms. Garza is to be interviewed by probation this Thursday, November 21, 2024. Mr. Mora has scheduled a pre-paid vacation for the first week and a half of December and arranged his schedule in reliance upon defense counsel's representation that he would seek a continuance of sentencing.

Based upon the facts set out above, there is good cause to continue Defendant Alma Garza's sentencing from its current date of January 6, 2025 to February 24, 2025, at 9:00 a.m.

**IT IS HEREBY STIPULATED:**

Dated: November 20, 2024                                     /s/ W. Scott Quinlan
                                                             W. Scott Quinlan, Attorney for Defendant
                                                             ALMA GARZA

Dated: November 20, 2024                                     /s/ Justin J. Gilio
                                                             Justin J. Gilio
                                                             Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

   Dated:   **November 20, 2024**
                                                             UNITED STATES DISTRICT JUDGE