1  W. SCOTT QUINLAN, 101269
   Attorney at Law
2  2300 Tulare Street, Ste. 300
   Fresno, Ca 93721
3  Telephone: (559) 442-0634

4

5  Attorney for Defendant ALMA GARZA

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        No. 1:22-cr-0062 JLT SKO
12              Plaintiff,
13       v.                          **MOTION TO TERMINATE CJA APPOINTMENT OF W. SCOTT QUINLAN AS ATTORNEY OF RECORD AND ORDER**
14  ALMA GARZA,
15              Defendant.
16
17
18

19       On April 14, 2022 Defendant Alma Garza was indicted on federal crimes. CJA Panel
20  Attorney W. Scott Quinlan was appointed to represent Ms. Garza on April 5, 2022. Ms. Garza was
21  found guilty at trial. She was sentenced to 80 months. A notice of Appeal was filed on April 30,
22  2025. Having completed his representation of Defendant Alma Garza, his counsel W. Scott
23  Quinlan now moves to terminate his appointment under the Criminal Justice Act.
24       Should Ms. Garza require further legal assistance outside of her appeal, she has been
25  advised to contact the Office of the Federal Defender for the Eastern District of California by mail
26  at 2300 Tulare
27  ///
28
                                      1

Street, Ste. 330, Fresno, Ca 93721 or by telephone at (559-487-5561) (collect) of (855-656-4360) (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist her.

Dated: June 5, 2025                              Respectfully submitted,


                                          /s/ W. Scott Quinlan
                                          W. Scott Quinlan, Attorney for
                                          Defendant, ALMA GARZA

**ORDER**

Having reviewed the notice and found that attorney W. Scott Quinlan has completed the services for which he was appointed, the Court hereby grants attorney W. Scott Quinlan's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, outside of her appeal, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Ste. 330, Fresno, Ca 93721 or by telephone at (559-487-5561) (collect) of (855-656-4360) (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist her.

The Clerk of the Court is directed to serve a copy of this Order on Defendant Alma Garza at the following address and to update the docket to reflect Defendant's pro se status and contact information. The Defendant's address is as follows:

    Alma Garza
    Registration #93950-509
    FCI Victorville Medium 1
    P.O. Box 3725
    Adelanto, Ca 92301

**IT IS SO ORDERED**

Dated: June 9, 2025                              _/s/ Jennifer L. Thurston_
                                                UNITED STATES DISTRICT JUDGE