# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ALMA GARZA,<br><br>   Defendant. | Case No. 1:22-cr-00062-JLT-SKO-4<br><br>ORDER REQUIRING GOVERNMENT TO SHOW CAUSE WHY BOND SHOULD NOT BE RETURNED TO SURETY<br><br>**FOURTEEN DAY DEADLINE** |

A detention hearing as to Defendant Alma Garza was held on April 7, 2022. (ECF No. 93.) Defendant was ordered released with conditions, including the surrender of her passport and a $1,000 cash bond. (ECF No. 100.) On April 8, 2022, Alma Lucia Torresilla Armienta posted a cash bond in the amount of $1,000 (Receipt # CAE100050333). (ECF No. 98.) The Defendant and surety were advised that the bond "will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence." (ECF No. 99 at 2.)

On September 27, 2024, a jury found Defendant guilty of charged offenses. (ECF No. 625.) On April 21, 2025, Defendant was sentenced to a custodial term of 80 months. (ECF No. 697.) Defendant is currently serving her sentence.[1] On June 3, 2025, Defendant's passport was

---

[1] See United States v. Basher, 629 F.3d 1161, 1165 & n.2 (9th Cir. 2011) (taking judicial notice of publicly available information from the Federal Bureau of Prisons Inmate Locator).

1

returned to Defendant. (ECF No. 704.)

Given Defendant has reported to serve her sentence, the Court shall order the Government to show cause in writing withing **fourteen (14) days** of entry of this order why the $1,000 appearance bond should not be released to the surety. If the Government does not respond to this show cause order in writing, that lack of response will be construed as a non-opposition to an order by the Court directing the Clerk of Court to return the bond to the address of the surety on file.

IT IS SO ORDERED.

Dated: **July 10, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2