1

2

3

4

5

6

7

8        # UNITED STATES DISTRICT COURT

9

10       EASTERN DISTRICT OF CALIFORNIA

11   UNITED STATES OF AMERICA,            Case No.  1:22-cr-00062-JLT-SKO-4

12       Plaintiff,                       ORDER EXONERATING BOND AND
                                          DIRECTING CLERK OF COURT TO
13       v.                               RECONVEY CASH BOND TO SURETY

14   ALMA GARZA,

15       Defendant.

16

17       A detention hearing as to Defendant Alma Garza was held on April 7, 2022.  (ECF No.

18   93.)  Defendant was ordered released with conditions, including the surrender of her passport and

19   a $1,000 cash bond.  (ECF No. 100.)  On April 8, 2022, Alma Lucia Torresilla Armienta posted a

20   cash bond in the amount of $1,000 (Receipt # CAE100050333).  (ECF No. 98.)  The Defendant

21   and surety were advised that the bond "will be satisfied and the security will be released when

22   either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a

23   sentence."  (ECF No. 99 at 2.)

24       On September 27, 2024, a jury found Defendant guilty of charged offenses.  (ECF No.

25   625.)  On April 21, 2025, Defendant was sentenced to a custodial term of 80 months.  (ECF Nos.

26   695, 697.)  Defendant is currently serving her sentence.[1]  On June 3, 2025, Defendant's passport

27

28   [1] See United States v. Basher, 629 F.3d 1161, 1165 & n.2 (9th Cir. 2011) (taking judicial notice of publicly available information from the Federal Bureau of Prisons Inmate Locator).

1

1   was returned.  (ECF No. 704.)

2       On July 10, 2025, the Court ordered the Government to show cause in writing within

3   fourteen days why the bond should not be released to the surety.  (ECF No. 714.)  The Court

4   advised that "[i]f the Government does not respond to this show cause order in writing, that lack

5   of response will be construed as a non-opposition to an order by the Court directing the Clerk of

6   Court to return the bond to the address of the surety on file."  (Id. at 2.)  The Government did not

7   file a response and the deadline to do so has expired.

8       The Court finds that Defendant has complied with the conditions of her bond and that no

9   conditions remain to be satisfied.

10      Accordingly, IT IS ORDERED THAT the $1,000 appearance bond posted by Alma

11  Lucia Torresilla Armienta on behalf of Alma Garza is exonerated. The Clerk of Court is

12  DIRECTED to serve a copy of this order on the surety and return the $1,000 cash bond to the

13  address on record.

14

IT IS SO ORDERED.

15

16  Dated:    **July 25, 2025**
                                              _____
                                              STANLEY A. BOONE
17                                            United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

2